UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHANICQUA N. WILLIAMS,

          Plaintiff,

  - against -

NANCY A. BERRYHILL, ACTING COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.
------------------------------------------------------------------X

**JUDGMENT**
16-CV-5606 (RRM)

A Memorandum and Order having been issued this day, granting in part and denying in part the defendant's motion for judgment on the pleadings, granting in part and denying in part the plaintiff's motion to remand, and remanding the case for further proceedings consistent with said Memorandum and Order, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is remanded to the Acting Commissioner of Social Security for further proceedings, and upon remand, the Administrative Law Judge shall

    (1)    Re-evaluate Williams' Residual Functional Capacity with respect to her ability to sit and explicitly reconcile the opinions of Dr. Shtock and Dr. Elfenbein in order to explain adequately the Residual Functional Capacity determination; and

(2) Determine whether Williams, after considering her Residual Functional Capacity, age, education, and work experience, can engage in any substantial gainful work that exists in the national economy.

Dated: Brooklyn, New York
       September 26, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge